IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Texas Insurance Company,<br><br>          Plaintiff,<br><br>v.<br><br>Athena Logistic Solutions LLC, et al.,<br><br>          Defendants. | No. CV-23-00038-TUC-RM<br><br>**ORDER** |

On March 1, 2024, this Court granted Petitions to Approve Settlement filed by the Reyes and Carlon Solis Defendants. (Doc. 94.) Currently pending before the Court are the Reyes and Carlon Solis Defendants' Applications for Disbursement of Funds. (Docs. 95, 96, 101, 104, 108, 109.)[1] Athena Logistic Solutions LLC has provided notice to the Court that the Reyes Defendants and Carlon Solis Defendants have executed copies of the Full and Final Release. (Doc. 107.)

**IT IS ORDERED** that the Applications for Disbursement of Funds filed by the Carlon Solis Defendants (Docs. 95, 104, 109) and the Reyes Defendants (Docs. 96, 101, 108) are **granted**. Athena's Objection (Doc. 97) is **overruled as moot**.

**IT IS FURTHER ORDERED** that the Clerk shall disburse the interpleaded funds as follows:

---

[1] Sealed Applications containing the full names of minors appear at Documents 95 and 96. Redacted versions of the Applications appear at Documents 101 and 104. On April 5, 2024, the Reyes and Carlon Solis Defendants filed amended Applications addressing the distribution of the interest generated by the funds in the Court's registry. (Docs. 108, 109.)

1. A check in the amount of $252,506.76 payable to MetLife Assignment Company, Inc., for the purchase of fixed annuities for the benefit of minors R.Y.R.O, KL.R.O, and KN.R.O., to be mailed to MetLife, P.O. Box 780117, Philadelphia, PA 19178-0690.

2. A check in the amount of $505,013.48 plus 80% of the interest generated by the funds in the Court's registry payable to Erika Yaneth Orozco and J. Alexander Law Firm, P.C., to be mailed to J. Alexander Law Firm, P.C., 12801 N. Central Expressway, Suite 1100, Dallas, Texas 75243.

3. A check in the amount of $49,384.85 payable to MetLife Assignment Company, Inc., for the purchase of annuities for the benefit of minor T.I.C.V., to be mailed to MetLife, P.O. Box 780117, Philadelphia, PA 19178-0690.

4. A check in the amount of $150,615.15, plus 20% of the interested generated by the funds in the Court's registry, payable to "Chapa Law Group, P.C. as trustee for the Carlon Solis Petitioners," to be mailed to Chapa Law Group, P.C., 3550 North Central Ave., Suite 1860, Phoenix, AZ 85012.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment and close this case.

Dated this 5th day of April, 2024.

_____
Honorable Rosemary Márquez
United States District Judge