# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Texas Insurance Company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Athena Logistic Solutions LLC, et al.,<br><br>　　　　　Defendants. | NO. CV-23-00038-TUC-RM<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 5, 2024 case is closed.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 5, 2024

　　　　　　　　　　　　　　s/ Dora Curiel
　　　　　　　　　　　By　Deputy Clerk